IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MAINE COMMUNITY HEALTH OPTIONS, ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) | No. 17-2057C (Chief Judge Sweeney) |

## NOTICE OF APPEAL

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Federal Circuit from the judgment entered in this case on June 11, 2019.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director


s/Claudia Burke
CLAUDIA BURKE
Assistant Director

OF COUNSEL:

ALBERT S. IAROSSI
ERIC E. LAUFGRABEN
VERONICA N. ONYEMA
Trial Attorneys
Civil Division
U.S. Department of Justice

s/Christopher J. Carney
CHRISTOPHER J. CARNEY
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7597
Facsimile: (202) 307-2503
Email: Chris.Carney@usdoj.gov

Attorneys for Defendant

July 2, 2019