# In the United States Court of Federal Claims

**No. 17-2057 C**
**(Filed: December 21, 2020)**

| | |
|---|---|
| ************************************* | |
| **MAINE COMMUNITY HEALTH OPTIONS** | * |
| **Plaintiff** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES** | * |
| **Defendant** | * |
| | * |
| ************************************* | |

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is transferred to Judge Kathryn C. Davis.

**IT IS SO ORDERED.**

s/ Eleni M. Roumel
ELENI M. ROUMEL
Chief Judge