IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| MAINE COMMUNITY HEALTH OPTIONS,<br><br>      Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>      Defendant. | No. 17-2057C<br><br>Filed: January 7, 2022 |

## ORDER

On January 4, 2022, pursuant to the Court's Order dated November 8, 2022 (ECF No. 50), the parties filed a Joint Status Report (ECF No. 51) advising the Court of the parties' efforts to resolve this matter. The parties report that counsel for several plaintiff health plans shared a proposal with the Government on December 3, 2021. The Government is reviewing the proposal and hopes to provide Plaintiff with a substantive response by late January. The parties request the Court continue the stay in this case for 60 days to further these discussions.

Accordingly, having considered the proposal, the Court **GRANTS** the request and **ORDERS** the parties to submit, by no later than March 4, 2022, a joint status report proposing further proceedings in this case.

      **SO ORDERED**.

Dated: January 7, 2022                                             */s/ Kathryn C. Davis*
                                                                            KATHRYN C. DAVIS
                                                                            Judge