IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MAINE COMMUNITY HEALTH OPTIONS,  )<br>　　　　　　　　　　　　　　　　　　　) <br>　　　　　　Plaintiff,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)　Case No. 17-2057C<br>v.　　　　　　　　　　　　　　　　　　)　Judge Kathryn C. Davis<br>　　　　　　　　　　　　　　　　　　　)<br>THE UNITED STATES,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　) | |

JOINT STIPULATION FOR ENTRY OF PARTIAL FINAL JUDGMENT

　　　To resolve the complaint of plaintiff Maine Community Health Options, and to permit the entry of partial final judgment on that complaint, plaintiff and the United States (collectively, the Parties) stipulate as follows:

　　　1.　　Section 1402 of the Patient Protection and Affordable Care Act (ACA) established the cost-sharing reduction (CSR) program to lower the cost of health coverage offered for eligible insureds.  42 U.S.C. § 18071.

　　　2.　　On August 14, 2020, the U.S. Court of Appeals for the Federal Circuit determined that "the government violated its obligation to make cost-sharing reduction payments [to insurers] under section 1402; 'that the cost-sharing-reduction reimbursement provision imposes an unambiguous obligation on the government to pay money[;] and that the obligation is enforceable through a damages action in the [Claims Court] under the Tucker Act.'"  *Cmty. Health Choice, Inc. v. United States*, 970 F.3d 1364, 1371 (Fed. Cir. 2020) (quoting *Sanford Health Plan v. United States*, 969 F.3d 1370, 1373 (Fed. Cir. 2020)).  The Federal Circuit further determined that there was "no basis for a 2017 damages offset."  *Id.* at 1372.  The Supreme Court denied further review of these rulings.

3. On December 28, 2017, plaintiff filed the complaint in this Court (ECF No. 1) seeking damages for unpaid CSR payments through December 31, 2017. On March 7, 2019, plaintiff filed an amended complaint (ECF No. 29) seeking damages for unpaid CSR payments through December 31, 2018. The amended complaint asserts two counts, each seeking the same CSR payments through December 31, 2018.

4. The Parties agree that the Federal Circuit's rulings in *Community Health Choice* and *Sanford* entitle plaintiff to payment under section 1402 of the ACA in the amount of $846,493.02 (the Stipulated Amount) for unpaid CSR payments through December 31, 2017.

5. Accordingly, the Parties jointly request that the Court enter partial judgment in favor of plaintiff in the amount of $846,493.02 on Count I of the amended complaint as it relates to CSR payments through December 31, 2017, with each party to bear its own costs, attorney fees, and expenses.

6. The Parties further request that the Court partially dismiss Count II of the amended complaint as it relates to plaintiff's claim for CSR payments through December 31, 2017, with prejudice.

7. Upon entry of judgment in the Stipulated Amount, plaintiff (HIOS No. 33653) and any and all of its affiliated entities, release the United States, its agencies, instrumentalities, officers, agents, employees, and servants, from all claims (including attorney fees, costs, and expenses of every kind and however denominated) that they have asserted, could have asserted, or may assert in the future against the United States, its agencies, instrumentalities, officers, agents, employees, and servants, relating to unpaid CSR payments through December 31, 2017.

| | |
|---|---|
| s/ Stephen McBrady<br>Stephen McBrady<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 624-2500<br>Facsimile:  (202) 628-5116<br>SMcBrady@crowell.com<br><br>OF COUNSEL:<br><br>Charles Baek<br><br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br><br>Attorneys for Plaintiff<br><br><br><br><br>January 19, 2022 | Respectfully submitted,<br><br>BRYAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director<br><br>s/Albert S. Iarossi<br>ALBERT S. IAROSSI<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:   (202) 626-3755<br>Email:        albert.s.iarossi@usdoj.gov<br><br>OF COUNSEL:<br><br>CHRISTOPHER J. CARNEY<br>Senior Litigation Counsel<br><br>ERIC LAUFGRABEN<br>Senior Trial Counsel<br>Civil Division<br>U.S. Department of Justice<br><br>Attorneys for Defendant |