# In the United States Court of Federal Claims
No. 17-2057 C
Filed: January 27, 2022

**MAINE COMMUNITY HEALTH OPTIONS**

    v.

**THE UNITED STATES**

**RULE 54(b) JUDGMENT**

    Pursuant to the court's Order, filed January 24, 2022, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of partial judgment, filed January 19, 2022,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States the amount of $846,493.02 for cost-sharing reduction payments (CSR) through December 31, 2017 on Count I of plaintiff's amended complaint. Count II of the amended complaint is dismissed in part, with prejudice, as it relates to plaintiff's claim for CSR payments through December 31, 2017. Each party shall bear its own costs, attorney fees, and expenses.

Lisa L. Reyes
Clerk of Court

By:    s/ Debra L. Samler

Deputy Clerk